IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | |
| | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:16-CV-1012 |
| | § | |
| ENI TRADING & SHIPPING INC. | § | |
| | § | |
|    *Defendant.* | § | |

## DEFENDANT'S EXPERT WITNESS DESIGNATION

Defendant, ENI TRADING & SHIPPING INC., files its Designation of Expert Witnesses as follows:

1.    Suzanna C. Bonham,
      Seyfarth Shaw
      700 Milam, Suite 1400
      Houston, Texas 77002
      Telephone: 713.225.2300
      Telecopier: 713.225.2340

Ms. Bonham is a licensed attorney in Houston, Harris County, Texas who may testify in rebuttal to any legal expert testimony offered by Plaintiff regarding reasonable and/or necessary attorneys' fees and/or in opposition to their testimony and the scope of designation as set forth herein.

The findings, conclusions, opinions and testimony of Ms. Bonham regarding the reasonable, necessary, usual and customary attorneys' fees and expenses in this case will be based upon her background, experience, and knowledge of the work

performed in this matter and other factors, including, without limitation, any other relevant factors as defined by law.

Please refer to http://www.seyfarth.com for Ms. Bonham's resume.

    Respectfully submitted,

    /s/ Suzanna C. Bonham
    Suzanna C. Bonham
    TX Bar No. 24012307
    S.D. Texas No. 611330
    **SEYFARTH SHAW, LLP**
    700 Milam, Suite 1400
    Houston, Texas 77002
    Telephone:  (713) 225-2300
    Telecopier:  (713) 225-2340
    sbonham@seyfarth.com

    ***Attorney-in-Charge For Defendant***
    ***ENI Trading & Shipping Inc.***

Brian A. Wadsworth
TX Bar No. 24075231
S.D. Texas No. 2311180
**SEYFARTH SHAW, LLP**
700 Milam, Suite 1400
Houston, Texas 77002
Telephone:  (713) 225-2300
Telecopier:  (713) 225-2340
bawadsworth@seyfarth.com

***Attorneys for Defendant***
***ENI Trading & Shipping Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served on all counsel of record, as listed below, via ECF filing, on this the 7th day of June 2017.

Nitin Sud
SUD LAW, PC
6750 West Loop South, Suite 920
Bellaire, TX 77401
nsud@sudemploymentlaw.com

Joseph Mathew
THE LAW OFFICES OF J. MATHEW, PLLC
4203 Montrose Blvd., Suite 410
Houston, Texas 77006
jmathew@jmathewlawfirm.com

/s/ Suzanna C. Bonham
Suzanna C. Bonham