IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANE DOE | § | |
| | § | |
| *Plaintiff,* | § | CIVIL ACTION NO.  4:16-CV-1012 |
| | § | |
| v. | § | JURY TRIAL DEMANED |
| | § | |
| ENI TRADING & SHIPPING, INC. | § | |
| | § | |
| *Defendant.* | § | |

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

Comes now, Plaintiff, Jane Doe and files this his Unopposed Motion to Dismiss all claims against Defendant ENI Trading & Shipping, Inc. and requests this Court to enter the attached Order of Dismissal of Claims with Prejudice. All matters and disputes between the parties have been resolved.

WHEREFORE, it is prayed that this Motion be granted, that an order of dismissal, with prejudice, be entered on all claims filed by Plaintiff Jane Doe against Defendant ENI Trading & Shipping, Inc., and that costs of court and fees be taxed against the party incurring same.

Respectfully submitted,

SUD LAW P.C.

*/s/ Nitin Sud*
Nitin Sud
State Bar No. 24051399
Fed. ID No. 611307
6750 West Loop South
Suite 920
Bellaire, Texas 77401
Phone: 832-623-6420
Fax: 832-304-2552
Email: nsud@sudemploymentlaw.com

Joseph Mathew
The Law Offices of J. Mathew, PLLC
State Bar No. 24077716
Fed. ID No. 1503204
4203 Montrose Blvd.
Suite 410
Houston, Texas 77006
Phone: 281-241-9722
Fax: 281-617-1997
Email: jmathew@jmathewlawfirm.com

Attorneys for Plaintiff,
Jane Doe

**CERTIFICATE OF SERVICE**

I certify that Plaintiff's Unopposed Motion to Dismiss was served on the following attorney via the court's electronic filing system on September 8, 2017:

John L. Collins
Seyfarth Shaw, LLP
700 Milam, Suite 1400
Houston, Texas 77002
Telephone: 713.225.2300
Facsimile:  713.225.2340
Email: jcollins@seyfarth.com

*/s/ Nitin Sud*
Nitin Sud